# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** | ) ) ) |
| *Plaintiffs,* | ) **CASE NO. 3:23-CV-00314** ) |
| v. | ) **JUDGE ALETA A. TRAUGER** ) |
| **DEANDREW RAINEY, ET AL.,** | ) ) |
| *Defendants,* | ) ) |

## MOTION FOR APPROVAL OF MINOR SETTLEMENT

J. R., minor, by and through his mother and natural guardian Veda Rainey, moves the Court to approve settlement of this interpleader action.

The funds interplead will be divided equally between two claimants. Thus J.R. will receive 50% of the interplead funds.

Ms. Rainey has agreed to a contingent fee to The Blackburn Firm of one third of the funds paid to J.R. She has paid nothing else and was not in a position to pay an hourly rate of attorney fees and therefore agrees that the contingent fee is reasonable and in the best interests of her son.

She agrees to establish a separate account containing the name of J.R.; that she will not, without Court approval, withdraw funds, except for specific needs of the minor for educational and health care expenses. She will pay all such remaining funds to J.R. upon his 18th birthday.

Ms. Rainey asserts that this settlement achieves more funds for J.R. than he might otherwise receive and is manifestly in his best interests.

Respectfully submitted,

THE BLACKBURN FIRM, PLLC


*/s W. Gary Blackburn*
W. Gary Blackburn (#3484)
Bryant Kroll (#33394)
424 Church St., STE 2000
Nashville, TN, 37219
Phone: (615) 254-7770
Fax: (866) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the following via email and by virtue of this Court's electronic CM/ECF system:

Caroline D. Spore (#36214)
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN, 37203
Cspore@bradley.com


This 17th Day of August, 2023.

*/s W. Gary Blackburn*

2

W. Gary Blackburn