# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) DEANDREW RAINEY, ET AL., ) ) Defendants. ) | Civil No. 3:23-cv-00314 Judge Trauger |

## ORDER

It is hereby ORDERED that the parties shall submit, for the court's *in camera* review, the fully executed settlement agreement in this case. It is further ORDERED that they shall file in the record of the case a proposed order approving the settlement on behalf of the minor with the necessary recitals.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge